SAM CATES V. THE STATE.

No. 6539.  Decided October 19, 1921.

**Escape—Practice on Appeal—Custody.**

Where it was made to appear, pending the instant appeal, that appellant had escaped from custody, the appeal must be dismissed, under Article 912, C. C. P.

Appeal from the District Court of Crosby.   Tried below before the Honorable W. R. Spencer.

Appeal from a conviction of forgery; penalty, four years imprisonment in the penitentiary.

No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

HAWKINS, Judge.—Conviction was for forgery.   It is made to appear that pending this appeal the defendant has escaped from the custody of the sheriff of Lubbock County, Texas, who was holding him in the jail of that county under conviction in this case, as well as under conviction in another case from Lubbock County.

By reason of such escape the jurisdiction of this court no longer attaches, and the appeal is dismissed.   Art. 912, Vernon's C. C. P.

*Dismissed.*